McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER KAUR DHALIWAL, ) | No. 08-CV-S-323 LEW EFB |
| ) | |
| Plaintiff, ) | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| ) | |
| v. ) | |
| ) | |
| Michael Chertoff, Secretary of Homeland ) Security, et al. ) | |
| ) | |
| Defendants. ) | |

    This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution at the administrative level. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

    The parties therefore stipulate that the time for filing the government's answer be extended to June 13, 2008, and that any other filing dates be similarly extended to after that time..

Dated: April 14, 2008

                                  McGREGOR W. SCOTT
                                  United States Attorney


                By:   /s/Audrey Hemesath
                       Audrey B. Hemesath
                       Assistant U.S. Attorney
                       Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on June 13, 2008.

IT IS SO ORDERED.

DATED: April 15, 2008

/s/ Ronald S. W. Lew
UNITED STATES DISTRICT JUDGE