McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER KAUR DHALIWAL,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>  Defendants. | No. 08-CV-S-323 JAM EFB<br><br>SECOND JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to an initial extension of time for the government to file its answer to the complaint, to June 13, 2008. The parties respectfully inform the Court that they are endeavoring to reach a resolution at the administrative level. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing the government's answer be extended to August 13, 2008, and that any other filing dates be similarly extended to after that time.

Dated: June 10, 2008

McGREGOR W. SCOTT
United States Attorney

-1-

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 13, 2008.

IT IS SO ORDERED.

DATED: June 12, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-