McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BHUPINDER KAUR DHALIWAL,  </br>  Plaintiff,  </br>  v.  </br> Michael Chertoff, Secretary of Homeland Security, et al.  </br>  Defendants. | No. 08-CV-S-323 JAM EFB  </br>  THIRD JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to two previous extensions of time for the government to file its answer to the complaint, to August 13, 2008. The parties respectfully inform the Court that since the filing of the last extension request, CIS has issued a Request for Evidence in the matter, to which plaintiff is currently in the process of responding. Upon receipt of the response to the Request for Evidence, it is anticipated that CIS will be able to complete adjudication promptly.

The parties therefore stipulate that the time for filing the government's answer be extended to October 14, 2008, and that any other filing dates be similarly extended to after that time.

-1-

Dated: August 13, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on October 14, 2008.

IT IS SO ORDERED.

DATED: August 13, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE