McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BHUPINDER KAUR DHALIWAL, ) | No. 08-CV-S-323 JAM EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RE: DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| Michael Chertoff, Secretary of Homeland ) Security, et al. ) | |
| ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). As of the date of this filing, the application has been adjudicated. Accordingly, the parties stipulate to dismissal of this action.

Dated: October 15, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

DATED: October 15, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE